# United States Court of Appeals for the Federal Circuit

2007-5174

AMERICAN AIRLINES, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

## *ERRATA*

The following corrections are made in the court's opinion in American Airlines, Inc. v. United States, 551 F.3d 1294 (Fed. Cir. 2008):

551 F.3d at 1302, first full paragraph, last two sentences:

after "statute" insert "and regulations"

after "statutory" insert "and regulatory"

551 F.3d at 1303, first full paragraph, last sentence:

after "statutory" insert "and regulatory"

Dated:  April 6, 2009